**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 20-11419 |
| GENESIS VENTURE LOGISTICS, L.L.C., | § § § | CHAPTER 11 |
| | § | SECTION "A" |
| DEBTOR. | § § | |

| | | |
|---|---|---|
| GENESIS VENTURE LOGISTICS, L.L.C., | § § § | |
| PLAINTIFF, | § § | ADV. NO. 20-1058 |
| V. | § § | |
| KZM MARINE SERVICES, LLC, | § § | |
| & | § § | |
| TOMMY B. HENRY, | § § | |
| DEFENDANTS. | § | |

## ORDER

The held a hearing on October 15, 2020, on the *Motion for Temporary Restraining Order* filed by Genesis Venture Logistics, L.L.C., [ECF Doc. 2], and the Opposition filed by the Defendants, [ECF Doc. 11].

Appearances:  Benjamin E. Clayton, IV and Joshua Paul Clayton for the Plaintiff
          Harry Morse for the Defendants

After considering the parties' oral arguments, the filings, the records, the applicable legal authority, and for the reasons orally assigned, the Court DENIED the Motion for Temporary Restraining Order.

New Orleans, Louisiana, January 20, 2021.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE