Case 20-01058 Doc 53 Filed 09/09/21 Entered 09/09/21 12:47:04 Main Document Page 1 of 2

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 20-11419 |
| | § | |
| GENESIS VENTURE LOGISTICS, L.L.C., | § | CHAPTER 7 |
| | § | SECTION A |
| DEBTOR. | § | |

| | | |
|---|---|---|
| GENESIS VENTURE LOGISTICS, L.L.C., | § | |
| | § | |
| PLAINTIFF, | § | ADV. NO. 20-1058 |
| v. | § | |
| | § | |
| KZM MARINE SERVICES, LLC, & | § | |
| TOMMY B. HENRY, | § | |
| | § | |
| DEFENDANTS. | § | |

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 20-11525 |
| | § | |
| LORRAINE MAE HYDE, | § | CHAPTER 11 |
| | § | |
| DEBTOR. | § | SECTION A |

| | | |
|---|---|---|
| LORRAINE MAE HYDE, | § | |
| | § | |
| PLAINTIFF, | § | ADV. NO. 20-1059 |
| | § | |
| v. | § | |
| | § | |
| KZM MARINE SERVICES, LLC, & | § | |
| TOMMY B. HENRY, | § | |
| DEFENDANTS. | § | |

**ORDER STAYING PROCEEDINGS**

This matter came before the Court for during a telephonic status conference held on

September 9, 2021.

PARTICIPATING:   Joshua Paul Clayton, Counsel for the Plaintiffs
Harry Morse, Counsel for the Defendants
Fernand L. Laudumiey, Counsel for Chapter 7 Trustee in No. 20-11419

By agreement of the parties,

**IT IS ORDERED** that the above-captioned Adversary Proceedings are stayed for a period

of sixty (60) days.

 New Orleans, Louisiana, September 9, 2021.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE